UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00317-MOC-DCK

| | |
|---|---|
| THOMASINA BURROWS, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| CHARLOTTE-MECKLENBURG BOARD OF EDUCATION MARION BISH CHAUNEL JOHNSON, | ) |
| Defendants. | ) |

**THIS MATTER** is before the court on the defendants' Motion to Dismiss (#12). Subsequent to the filing of this Motion, the plaintiff has filed a Second Amended Complaint (#14). While beyond the limitations on unilateral amendments that will moot motions to dismiss under Rule 15(a)(1), the defendants' Motion to Dismiss is rendered <u>moot</u> by the filing of this Second Amended Complaint inasmuch as plaintiff obtained defendants' consent under Rule 15(a)(2).

**ORDER**

**IT IS, THEREFORE, ORDERED** that the defendants' Motion to Dismiss (#12) is **DENIED** without prejudice as it has been rendered **MOOT** by the filing of the plaintiff's Second Amended Complaint (#14).

Signed: August 17, 2017



Max O. Cogburn Jr
United States District Judge

-1-