UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00317-MOC-DCK

| | | |
|---|---|---|
| **THOMASINA BURROWS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CHARLOTTE-MECKLENBURG BOARD OF** | ) | |
| **EDUCATION, D/B/A CHARLOTTE-** | ) | |
| **MECKLENBURG SCHOOLS, DR. MARION** | ) | |
| **BISH, AND CHAUNEL JOHNSON,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on defendant's Partial Motion to Dismiss Plaintiff's

Second Amended Complaint (#16).  Having considered defendant's motion and reviewed the

pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Partial Motion to Dismiss

Plaintiff's Second Amended Complaint (#16) is **DENIED**. Defendant shall Answer the

Complaint in full.


Signed: September 13, 2017


Max O. Cogburn Jr.
United States District Judge

-1-